IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| MICHAEL JOHNSON, | : | |
| Plaintiff, | : | Civil No. 05-4329 (RBK) |
| v. | : | **ORDER** |
| CITY OF ATLANTIC CITY, et al. | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

THIS MATTER having come before the Court upon motion by defendants Craig Callaway and City of Atlantic City ("Defendants") for summary judgment against plaintiff Michael Johnson; and the Court having considered the moving papers and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY **ORDERED** that Defendants' motion for summary judgment is **DENIED**.

Dated: 11/21/07

 s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge